**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| |
|---|
| SARAH OUAYOUN a/k/a SARAH KATZBURG, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> -v- <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC, <br><br> Defendant. |

So Ordered

S/Allyne R. Ross

ALLYNE R. ROSS, U.S.D.J.

12/16/21

Civil Action No.: 1:21-cv-03490-ARR-CLP

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed between Plaintiff, Sarah Ouayoun, and Defendant, Portfolio Recovery Associates, LLC, by and through their respective counsel, that the above-entitled action is hereby dismissed with prejudice and without attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: December _15_, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen J. Steinlight* | */s/Tamir Saland* |
| Stephen J. Steinlight | Tamir Saland, Esq. |
| Troutman Pepper Hamilton Sanders LLP | Stein Saks, PLLC |
| 875 Third Avenue | 285 Passaic Street |
| New York, New York 10022 | Hackensack, New Jersey 07601 |
| Telephone: (212) 704-6008 | Telephone: (201) 282-6500 |
| Facsimile: (212) 704-6288 | Facsimile: (201) 282-6501 |
| stephen.steinlight@troutman.com | Email: tsaland@steinsakslegal.com |
| *Counsel for Portfolio Recovery Associates, LLC* | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I certify that on the _15_th day of December 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will then send a notification of such filing to counsel of record.

/s/ Tamir Saland
Tamir Saland